IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| **JOHNNEY J. JOHNSON, SR.** | : | CASE NO. 15-60094 |
| **THERESA A. JOHNSON** | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MODIFICATION OF CHAPTER 13 PLAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen,** pursuant to 11 U.S.C., Section 1329, and hereby modifies the Debtor's Chapter 13 Plan previously confirmed on 03/19/2015**.** The Trustee proposes to modify this plan by making all future mortgage payments to BAYVIEW LOAN SERVICING LLC in the amount of **$490.93 per month** through the Chapter 13 plan beginning **OCTOBER 2015**.

This will require that payments into the Chapter 13 office will be increased to **$1,170.00 per month.**

The Trustee shall pay the post-petition arrearage in the amount of **$2,471.00** through **SEPTEMBER 2015,** unless a supplemental claim is filed in a different amount.

All other provisions of the plan shall remain unchanged.

                                         **/S/ Toby L. Rosen**
                                         **Toby L. Rosen, Chapter 13 Trustee**

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2015, a true and correct copy of the MODIFICATION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

JAMIE NAGLE , on behalf of JOHNNEY J. JOHNSON, SR. and THERESA A. JOHNSON, at tgahanian@amourgis.com

And by regular U.S. Mail, postage prepaid, on:

JOHNNEY J. JOHNSON, SR. and THERESA A. JOHNSON

1530 GROSS AVENUE NE
CANTON, OH 44705

BAYVIEW LOAN SERVICING LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
CORAL GABLES, FL 33146

BAYVIEW LOAN SERVICING LLC
C/O LEANN E COVEY, ESQ
4500 COURTHOUSE BLVD, STE 400
STOW, OH 44224

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222

## NOTICE TO MODIFY PLAN

The Trustee has filed papers with the Court for an Order to **MODIFY YOUR PLAN**.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may want to consult one).

If you do not want the Court to grant relief sought in the Modification or if you want the Court to consider your views on the Modification, then on or before **SEPTEMBER 10, 2015**, you or your attorney must file a written Objection with the:

United States Bankruptcy Court
Ralph Regula Federal Building
401 McKinley Avenue, S. W.
Canton, Ohio 44702

If you mail your Objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to the Trustee at:

Toby L. Rosen, Chapter 13 Trustee
400 West Tuscarawas St., 4th Floor
Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not

oppose the relief sought in the Modification and may enter an Order granting relief.

/S/Toby L. Rosen
Chapter 13 Trustee